SO ORDERED: June 23, 2010.



*/s/ Basil H. Lorch III*

**Basil H. Lorch III
United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE:　　　　　　　　　　　　　　　　　) | |
| CANADA, Jacob Richard　　　　　　　　) | CASE NO. 10-05504-FJO-7 |
| 14426 Marilyn Road　　　　　　　　　　) | |
| Noblesville, IN 46060　　　　　　　　　　) | |
| CANADA, Kimberly Jean　　　　　　　　) | |
| 24690 Cornell Road　　　　　　　　　　) | |
| Arcadia, IN 46030　　　　　　　　　　　) | |
| 　　　　　　Debtors　　　　　　　　　　) | |

### ORDER FOR ABANDONMENT OF REAL ESTATE AND
### FOR RELIEF FROM STAY

Comes now, U.S. Bank, N.A., ("Applicant"), by counsel, Andrew M. David, having filed its Application for Abandonment of Real Estate and for Relief From Stay, and the Court, having examined said application and being duly advised in the premises and no objections to said application having been filed, now finds that said application should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED by the Court that the real estate of the debtors located in Hamilton County, Indiana, more particularly described as follows:

**LOT NUMBER 294 IN MARILYN RIDGE, SECTION 2, A SUBDIVISION IN HAMILTON COUNTY, INDIANA, AS PER PLAT THEREOF RECORDED AUGUST 12, 2004, AS INSTRUMENT NO. 200400056267, IN THE OFFICE OF THE RECORDER OF HAMILTON COUNTY, INDIANA.**

Commonly known **14226 Marilyn Road, Noblesville, In 46060** is hereby abandoned by the Court as being burdensome to this estate and the automatic stay is lifted as to said real estate so as to allow applicant to proceed with In Rem foreclosure action.

IT IS FURTHER ORDERED that the fourteen (14) day stay of this Order imposed by Bankruptcy Rule 4001(a) (3) is hereby waived.

###